CARLTON DiSANTE & FREUDENBERGER LLP
Mark S. Spring, State Bar No. 155114
8950 Cal Center Drive
Suite 160
Sacramento, California 95826
Telephone: (916) 361-0991
Facsimile: (916) 361-1480
E-Mail: mspring@cdflaborlaw.com

Attorneys for Defendants
SEVEN-UP BOTTLING CO. OF SAN FRANCISCO, DR. PEPPER SNAPPLE GROUP, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION AND GENERAL LABORERS' LOCAL 185,<br><br>              Petitioner,<br><br>       vs.<br><br>SEVEN-UP BOTTLING CO. OF SAN FRANCISCO, DR. PEPPER SNAPPLE GROUP, INC., and DOES 1 THROUGH X, inclusive,,<br><br>              Respondents. | Case No. 2:10-cv-02358-LKK-DAD<br><br>**STIPULATED ORDER RE MOTION TO COMPEL ARBITRATION, MOTION TO DISMISS AND INITIAL STATUS (PRETRIAL SCHEDULING) ORDER** |

WHEREAS:

1. Petitioner's Hearing on Its Motion to Compel Arbitration is currently set for hearing on October 25, 2010 at 10:00 am.

2. Respondent's Rule 12 Motion to Dismiss is currently set for hearing on November 8, 2010 at 10:00 am.

3. The Court has set the Initial Status (Pretrial Scheduling) Conference for November 15, 2010 at 11:00 am.

4. Respondent's attorney is lead counsel for Aerojet and scheduled to begin a 3-4 week trial on October 25, 2010 (Sacramento Superior Court case Clem v. Aerojet et. al).

5. Petitioner's attorney is unavailable to be in Sacramento for the scheduled Status (Pretrial Scheduling) Conference on November 15, 2010.

6. The parties agree that if possible, it would make the most sense to have the Motion to Compel Arbitration, the Rule 12 Motion to Dismiss and the Status (Pretrial Scheduling) Conference heard on the same day when lead counsel for all parties were available to personally appear.

THEREFORE, THE PARTIES AGREE TO THE FOLLOWING AND REQUEST THAT THE COURT ENTER THIS AGREEMENT AS AN ORDER, IF ITS' CALENDAR SO ALLOWS:

1. The current hearing dates should be vacated and the Motion to Compel Arbitration, the Rule 12 Motion to Dismiss and the Initial Status (Pretrial Scheduling) Conference should all be heard on the same day which shall be on November 29, 2010 or as soon thereafter as this Court can make available.

2. The parties shall serve their opposition and reply briefs to the Motion to Compel Arbitration and the Rule 12 Motion to Dismiss in accordance with the new hearing dates.

3. The parties shall use the extra time to determine if they can settle the issues contained in this Petition/lawsuit without the need to have these matters put before the Court.

1  4. The parties shall file their Status Report 14 days prior to the new date for the Status
2  (Pretrial Scheduling) Conference Statement and shall attempt to do so jointly if
3  possible.

Dated October 5, 2010                                       /s/_____
                                                            Concepcion E. Lozano-Batista
                                                            Weinberg Roger & Rosenfeld
                                                            Attorneys for Petitioner

Dated: October 5, 2010                                      /s/_____
                                                            Mark S. Spring
                                                            Carlton DiSante & Freudenberger LLP
                                                            Attorneys for Respondent

Having considered the Stipulation of the Parties, IT IS SO ORDERED. The Motion to Compel Arbitration, the Rule 12 Motion to Dismiss and the Initial Status (Pretrial Scheduling) Conference shall all be heard on December 6, 2010 at 10:00 a.m. The parties shall file all papers in accordance with this Stipulation and Order.

Dated:  October 12, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT