UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CONSTRUCTION AND GENERAL
LABORERS' LOCAL 185,

        Petitioner,

  v.

SEVEN-UP BOTTLING CO. OF
SAN FRANCISCO, DR. PEPPER
SNAPPLE GROUP, INC., and
DOES 1 through X, inclusive,

        Respondents.
_____/

NO. CIV. S-10-2358 LKK/DAD

O R D E R

On December 10, 2010 this court issued an order granting petitioner's motion to compel arbitration. ECF No. 21. In that order, the court also ordered respondent to pay petitioner's reasonable attorney's fees and costs incurred in litigating the matter. Petitioner was ordered to file a declaration with the court describing fees and costs within seven days of the order, and did so on December 15, 2010. ECF No. 22. In her declaration, petitioner's counsel has described $9,540 in attorneys' fees, $247.50 in paralegal fees, and $696.63 in costs. The total amount

1

1  of fees and costs requested is $10,484.13. In the December 20, 2010
2  order, respondent was ordered to file a response to petitioner's
3  declaration within fourteen days of it being filed with the court,
4  stating any objections to the amount requested by petitioner.
5  Respondent has not filed a response, and the time for doing so has
6  expired.
7       Accordingly, the court ORDERS respondent to pay petitioner
8  $10,484.13 for reasonable attorneys' fees and costs incurred in
9  litigating this matter. The payment shall be made within twenty-
10 eight (28) days of the issuance of this order.
11      IT IS SO ORDERED.
12      DATED:  January 5, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2